United States Bankruptcy Court for the
Middle District of Pennsylvania

*****************************************
IN RE:     *    Case No. 4:14-bk-01825-JJT
          *
Minuteman Spill Response, Inc.     Chapter 11
          *
Debtor.     *
*****************************************

### AMENDED WITHDRAWAL OF
### U.S. DEPARTMENT OF LABOR, EMPLOYEE BENEFITS
### SECURITY ADMINISTRATION'S NOTICE OF
### WITHDRAWAL OF PROOF OF CLAIM

       YOU ARE HEREBY NOTIFIED that the U.S. Department of Labor, Employee Benefits Security Administration's liquidated proof of claim is hereby WITHDRAWN with respect to Rule 3006-1 (c): Specifically, the Plan sponsor (claimant) significantly participated in the case resulting in resolution for Plan participants..

Dated: March 30, 2016

                                       Respectfully submitted,

                                       _____
                                       Michael Schloss, Acting Regional Director
                                       U. S. Department of Labor
                                       Employee Benefits Security Administration
                                       Philadelphia Regional Office

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing United States Department of Labor, Employee Benefits Security Administration's Notice of Withdrawal of Claim was sent first class mail this 30th day of March 2016, to the following:

Minuteman Spill Response, Inc.
2435 Housels Run Road
Milton, PA 17847

*(signature)*

Michael Schloss, Acting Regional Director
U.S. Department of Labor
Employee Benefit Security Administration
Philadelphia Regional Office