# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MINUTEMAN SPILL RESPONSE, INC., | : | Case No. 4-14-01825(JJT) |
| Debtor. | : | |

### ORDER

Upon consideration of the annexed application (the "Application") of William G. Schwab, Esquire, as Chapter 11 Trustee of the above-captioned estate, praying for authority to employ and retain Klehr Harrison Harvey Branzburg, LLP to represent him as special litigation counsel, and it further appearing that no notice of the hearing of said application should be given, and no adverse interest having been represented, and it further appearing that the Court being satisfied that Klehr Harrison Harvey Branzburg, LLP represents no adverse interest as special litigation counsel for the Trustee in the matters upon which it is to be engaged, that its employment is necessary and would be in the best interest of the estate, it is:

ORDERED, pursuant to 11 U.S.C. § 327(e), that William G. Schwab, Esquire, as Chapter 11 Trustee, be and he hereby is authorized to employ Klehr Harrison Harvey Branzburg, LLP as special litigation counsel, effective as of August 14, 2015.

*Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel, 124 F.3d 567 (3rd Cir. 1997).*

Dated: August 24, 2015

**By the Court,**

John J. Thomas, Bankruptcy Judge
(BPR)

010157

PHIL1 5339466v.2

# EXHIBIT B

PHIL1 5339466v.2

Case 4:14-bk-01825-JJT    Doc 1208-1    Filed 04/06/16    Entered 04/06/16 19:54:34
Desc Exhibit A-E    Page 2 of 22

April 5, 2016

Bill Number: 348523
File Number: 16666 – 0004

Schwab, William G.

RE: Minuteman Spill Response, Inc.

Through April 5, 2016

## SUMMARY FOR THE ATTACHED DETAILED SHEETS

| | | | |
|---|---|---|---|
| CS | Case Administration | 16.10hrs | $ 7,889.00 |
| EF | Employment and Fee Applications | 5.30hrs | 1,005.00 |
| | CURRENT BILL FEE AMOUNT | 21.40hrs | $ 8,894.00 |

April 5, 2016
Bill Number:     348523
File Number:     16666 – 0004

Schwab, William G.

RE: Minuteman Spill Response, Inc.

Through April 5, 2016

|  | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Partner** | | | |
| Jeffrey D. Kurtzman | 16.10 | $ 490.00 | $ 7,889.00 |
| **Associate** | | | |
| Christopher J. Leavell | 1.30 | 250.00 | 325.00 |
| **Paralegal** | | | |
| Nadine Yackle | 4.00 | 170.00 | 680.00 |
| TOTAL | 21.40 | | $ 8,894.00 |

Schwab, William G.

RE: Minuteman Spill Response, Inc.

Through April 5, 2016

## CS - Case Administration

| Date | Description | Initials | Hours |
|---|---|---|---|
| 01/12/16 | emails from and to L. Doran and W. Schwab re: Foley deposition | JDK | 0.25hrs |
| 01/12/16 | prepare application for compensation | JDK | 0.25hrs |
| 01/13/16 | emails from and to L. Doran re: Foley deposition | JDK | 0.10hrs |
| 01/13/16 | emails from and to L. Doran re: deposition scheduling | JDK | 0.10hrs |
| 01/15/16 | emails from and to W. Schwab re: Bolus meeting | JDK | 0.10hrs |
| 01/18/16 | telephone call with H. Ward re: deposition schedule | JDK | 0.10hrs |
| 01/18/16 | email from D. Kistler re: ER One invoice | JDK | 0.10hrs |
| 01/19/16 | review order setting status conference | JDK | 0.10hrs |
| 01/19/16 | email to L. Doran re: Foley deposition | JDK | 0.05hrs |
| 01/20/16 | telephone calls with W. Schwab, L. Doran and W. Carlucci re: deposition scheduling | JDK | 0.40hrs |
| 01/21/16 | emails from and to W. Carlucci and review draft Bolus response to document production | JDK | 0.25hrs |
| 01/22/16 | review order re: M&T discovery/email to H. Ward | JDK | 0.10hrs |
| 01/25/16 | meeting with W. Schwab, W. Carlucci, B. Bolus and K. Bolus | JDK | 4.75hrs |
| 01/26/16 | telephone call with L. Doran and H. Ward and emails from and to W. Carlucci re: settlement and Foley deposition | JDK | 0.50hrs |
| 01/27/16 | telephone call with W.. Schwab, W. Carlucci and L. Doran re: Foley deposition | JDK | 0.50hrs |
| 01/28/16 | letter from W. Carlucci re: Bolus settlement proposal | JDK | 0.10hrs |
| 01/28/16 | telephone call W. Carlucci re: settlement issues | JDK | 0.25hrs |
| 02/01/16 | review Bolus response to M&T discovery requests / emails from and to W. Carlucci | JDK | 0.60hrs |
| 02/02/16 | review Graham Company joinder to discovery response | JDK | 0.10hrs |
| 02/02/16 | telephone call with W. Carlucci re: rent status and settlement issues | JDK | 0.25hrs |
| 02/02/16 | email from T. Hoban re: server | JDK | 0.05hrs |

April 5, 2016

Bill Number:   348523
File Number:   16666 – 0004

Schwab, William G.

RE: Minuteman Spill Response, Inc.

Through April 5, 2016

| | | | |
|---|---|---|---|
| 02/02/16 | telephone call with W. Kellleher re: claim objection hearing | JDK | 0.25hrs |
| 02/03/16 | telephone call with W. Carlucci and W. Kelleher re: claims objections | JDK | 0.40hrs |
| 02/03/16 | review motion to continue hearing | JDK | 0.10hrs |
| 02/03/16 | review M&T objection to continuance / emails from and to W. Schwab | JDK | 0.25hrs |
| 02/03/16 | prepare for hearings | JDK | 1.00hrs |
| 02/04/16 | attend hearing on claims objections | JDK | 0.80hrs |
| 02/04/16 | telephone call with W. Schwab re: Bolus settlement meeting | JDK | 0.10hrs |
| 02/04/16 | telephone call with W. Carlucci re: Bolus settlement | JDK | 0.25hrs |
| 02/05/16 | letter from W. Schwab and review supplemental  AG document production | JDK | 0.60hrs |
| 02/08/16 | draft single enterpirse complaint | JDK | 1.50hrs |
| 02/09/16 | email to W. Schwab re: draft complaint | JDK | 0.10hrs |
| 02/10/16 | telephone call with W. Schwab re: draft complaint | JDK | 0.25hrs |
| 02/11/16 | revise complaint and email to W. Schwab | JDK | 1.00hrs |
| 02/16/16 | emails from and to W. Carlucci and W. Schwab re: complaint and settlement | JDK | 0.25hrs |
| 02/17/16 | emails from H. Ward and W. Schwab re: M&T discovery requests | JDK | 0.25hrs |
| | TOTAL FEES ............................................................... | | $ 7,889.00 |

**EF - Employment and Fee Applications**

| | | | |
|---|---|---|---|
| 04/04/16 | prepare and finalize final fee application | NY | 1.50hrs |
| 04/04/16 | confer with T. Ecker, M. Branzburg and N. Yackle re: fee application / review local rule | CJL | 0.30hrs |
| 04/05/16 | revisisons to fee application and supporting documents | NY | 2.50hrs |
| 04/05/16 | review and revise second and final fee app | CJL | 1.00hrs |
| | TOTAL FEES ............................................................... | | $ 1,005.00 |

# EXHIBIT C

PHIL1 5339466v.2

Schwab, William G.

RE: Minuteman Spill Response, Inc.

Through April 5, 2016

## DISBURSEMENT SCHEDULE

| | |
|---|---:|
| Court Reporter Services | $ 362.50 |
| Service Fees | 30.00 |
| Pacer | 23.30 |
| TOTAL | $415.80 |

4/5/2016
3:28 PM

KLEHR | HARRISON | HARVEY | BRANZBURG LLP
**Disbursement Subsidiary Report**
Period: 180001 to 209913   Date: 1/1/1800 to 12/31/2099

Report: DISB02
Req'd By: SKUHN070
Currency: USD

Includes: Hard,Soft,Unbilled
Parameter Set: FEEAPP

| Tran Date | Code | Description | Inv/Chk Req # | Disb ID | Reference | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **BI_Cost_Code: 11** | | | | | | | | | | |
| Client: 16666  Schwab, William G. | | | | | | | | | | |
| Matter: 0004  Minuteman Spill Response, Inc. | | | | | | | | | | |
| 1/8/2016 | 11 | Court Reporter Services | PA2522402 | 1991323 | | 348523 | 4/5/2016 | $362.50 | $362.50 | $362.50 |
| Matter Total: | 0004 | | | | | | | $362.50 | $362.50 | $362.50 |
| Client Total: | 16666 | | | | | | | $362.50 | $362.50 | $362.50 |
| **BI_Cost_Code: 17** | | | | | | | | | | |
| Client: 16666  Schwab, William G. | | | | | | | | | | |
| Matter: 0004  Minuteman Spill Response, Inc. | | | | | | | | | | |
| 2/12/2016 | 17 | Service Fees | 02/15/2016 | 1995783 | | 348523 | 4/5/2016 | $30.00 | $30.00 | $30.00 |
| Matter Total: | 0004 | | | | | | | $30.00 | $30.00 | $30.00 |
| Client Total: | 16666 | | | | | | | $30.00 | $30.00 | $30.00 |
| **BI_Cost_Code: 23** | | | | | | | | | | |
| Client: 16666  Schwab, William G. | | | | | | | | | | |
| Matter: 0004  Minuteman Spill Response, Inc. | | | | | | | | | | |
| 12/31/2015 | 23 | Pacer | | 1992584 | | 348523 | 4/5/2016 | $1.50 | $1.50 | $1.50 |
| 12/31/2015 | 23 | Pacer | | 1992589 | | 348523 | 4/5/2016 | $4.50 | $4.50 | $4.50 |
| 12/31/2015 | 23 | Pacer | | 1992590 | | 348523 | 4/5/2016 | $6.10 | $6.10 | $6.10 |
| 12/31/2015 | 23 | Pacer | | 1992766 | | 348523 | 4/5/2016 | $11.20 | $11.20 | $11.20 |
| Matter Total: | 0004 | | | | | | | $23.30 | $23.30 | $23.30 |
| Client Total: | 16666 | | | | | | | $23.30 | $23.30 | $23.30 |
| Report Total: | | | | | | | | $415.80 | $415.80 | $415.80 |

Start Time: 3:28 PM
End Time: 3:28 PM

# EXHIBIT D

PHIL1 5339466v.2

Schwab, William G.

RE: Minuteman Spill Response, Inc.

Through January 8, 2016

|  | | January 12, 2016 |
|---|---|---|
| Bill Number: | | 344073 |
| File Number: | | 16666 − 0004 |

## SUMMARY FOR THE ATTACHED DETAILED SHEETS

| | | | |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 0.30hrs | $ 147.00 |
| CB | Claims Administration and Objections | 10.25hrs | 5,022.50 |
| CS | Case Administration | 53.30hrs | 25,445.00 |
| LC | Litigation: Contested Matters and Adversary Proceedings | 0.25hrs | 122.50 |
| MC | Meetings and Communications with Creditors | 1.00hrs | 490.00 |
| | CURRENT BILL FEE AMOUNT | 65.10hrs | $ 31,227.00 |

January 12, 2016
Bill Number: 344073
File Number: 16666 – 0004

Schwab, William G.

RE: Minuteman Spill Response, Inc.

Through January 8, 2016

|  | Total Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Partner** |  |  |  |
| Jeffrey D. Kurtzman | 61.90 | $ 490.00 | $ 30,331.00 |
| **Associate** |  |  |  |
| Corrine S. Brennan | 3.20 | 280.00 | 896.00 |
| TOTAL | 65.10 |  | $ 31,227.00 |

January 12, 2016

Bill Number:   344073
File Number:   16666 − 0004

Schwab, William G.

RE: Minuteman Spill Response, Inc.

Through January 8, 2016

## AA - Asset Analysis and Recovery

| | | | |
|---|---|---|---|
| 01/04/16 | emails from and to G. Schiller and W. Schwab re: Bolus meeting , rent and taxes | JDK | 0.30hrs |
| | TOTAL FEES ........................................................................... | | $ 147.00 |

## CB - Claims Administration and Objections

| | | | |
|---|---|---|---|
| 08/31/15 | attend hearing on emergency settlement motion and review settlement objections | JDK | 10.00hrs |
| 09/22/15 | telephone call W. Schwab re: claims objections | JDK | 0.25hrs |
| | TOTAL FEES ........................................................................... | | $ 5,022.50 |

## CS - Case Administration

| | | | |
|---|---|---|---|
| 08/14/15 | telephone calls W. Schwab and H. Giacometti and review motion to remove trustee | JDK | 0.50hrs |
| 08/14/15 | draft special counsel retention applicaiton | JDK | 0.75hrs |
| 08/17/15 | telephone call W. Schwab re: special counsel retention | JDK | 0.50hrs |
| 08/17/15 | draft objection to motion to remove trustee and telephone call W. Schwab | JDK | 2.50hrs |
| 08/18/15 | telephone call W. Schwab and H. Giacometti and finalize pleadings | JDK | 0.75hrs |
| 08/19/15 | meet re strategy and tactics on responding to motion to remove trustee/discuss accomplishments and activities performed thus far/review motion and draft response | CSB | 1.40hrs |
| 08/19/15 | meeting with W. Schwab and H. Giacometti | JDK | 1.50hrs |
| 08/19/15 | review objection and emails to and from H. Giacometti | JDK | 0.25hrs |
| 08/20/15 | revise and edit first draft of objection to motion to remove Schwab as Chapter 11 trustee/email circulating same | CSB | 1.60hrs |
| 08/24/15 | review notice of withdrawal of removal motion to approve settlement and M&T objection to cash collateral motion | JDK | 0.50hrs |
| 08/25/15 | review settlement documents re motion to remove trustee | CSB | 0.20hrs |
| 08/25/15 | review retention order and emails from and to W. Schwab re: settlement hearing | JDK | 0.25hrs |
| 08/26/15 | telephone call H. Giacometti re: settlement hearing | JDK | 0.10hrs |
| 09/01/15 | telephone call H. Giacometti re: sale and cash collateral issues/review order denying | JDK | 0.20hrs |

January 12, 2016
Bill Number:    344073
File Number:    16666 – 0004

Schwab, William G.

RE: Minuteman Spill Response, Inc.

Through January 8, 2016

| | settlement motion | | |
|---|---|---|---|
| 09/08/15 | review application to retain Eisner Amper | JDK | 0.10hrs |
| 09/15/15 | telephone call with W. Schwab re: M&T settlement | JDK | 0.10hrs |
| 09/16/15 | draft application for compensation | JDK | 0.25hrs |
| 09/23/15 | telephone call W. Schwab re: insider litigation | JDK | 0.25hrs |
| 09/28/15 | meeting with W. Schwab re: litigation issues | JDK | 0.25hrs |
| 10/01/15 | review sale motion and telephone call W. Schwab | JDK | 0.40hrs |
| 10/02/15 | attend hearings on motions for reconsideration and for administrative order | JDK | 1.50hrs |
| 10/02/15 | emails from W. Schwaband R. Farley re: claims | JDK | 0.25hrs |
| 10/05/15 | research single enterprise liability and emails to and telephone calls W. Schwab adn H. Giacometti | JDK | 1.00hrs |
| 10/05/15 | review M&T objection to disclosure statement | JDK | 0.10hrs |
| 10/05/15 | prepare objections to B3 Management and BPK Holding claims | JDK | 1.50hrs |
| 10/06/15 | finalize claims objections and email to J. Nimeroll | JDK | 0.60hrs |
| 10/06/15 | telephone call R. Farley and W. Schwab re: meeting and email to trustee | JDK | 0.50hrs |
| 10/07/15 | review disclosure statement objection | JDK | 0.10hrs |
| 10/07/15 | review fraudulent conveyance spreadsheet | JDK | 0.25hrs |
| 10/14/15 | emails from and to R. Farley and W. Schwab re: preference analysis | JDK | 0.25hrs |
| 10/14/15 | email from W. Schwab and review sale objection | JDK | 0.25hrs |
| 10/15/15 | emails from and to W. Schwab re: fraudulent conveyances and review pleadings | JDK | 0.40hrs |
| 10/23/15 | telephone call and emails from W. Schwab, H. Giacometti and R. Farley | JDK | 0.25hrs |
| 10/26/15 | email from W. Schwab re: auction | JDK | 0.10hrs |
| 10/28/15 | revie sales objection/ telephone call with H. Giacometti | JDK | 0.25hrs |
| 10/29/15 | emails from and to W. Schwab re: Foley 2004 exam | JDK | 0.25hrs |

January 12, 2016

Bill Number:    344073
File Number:    16666 – 0004

Schwab, William G.

RE: Minuteman Spill Response, Inc.

Through January 8, 2016

| Date | Description | | |
|---|---|---|---|
| 10/29/15 | draft Rule 2004 motion re: K. Foley | JDK | 1.00hrs |
| 10/30/15 | telephone call W. Schwab re: Foley Rule 2004 motion | JDK | 0.25hrs |
| 11/06/15 | email from J. Nimeroff, R. Aaron and B. Kellleher re: scheduling | JDK | 0.10hrs |
| 11/09/15 | emails from and to counsel re: BPK and B3 Management claims objections | JDK | 0.25hrs |
| 11/09/15 | emails to and from W. Schwab re: 11/12 meeting | JDK | 0.20hrs |
| 11/10/15 | letter from J. Niemeroff re: 11/15 hearing | JDK | 0.10hrs |
| 11/12/15 | meeting with W. Schwab and R. Farley re: affiliate litigation issues | JDK | 1.00hrs |
| 11/12/15 | emails from and to H. Giacometti re: meeting | JDK | 0.10hrs |
| 11/13/15 | telephone call with W. Schwab / prepare Bolus Rule 2004 motion | JDK | 0.60hrs |
| 11/16/15 | emails to and from H. Giacometti and W. Schwab / finalize Rule 2004 motion | JDK | 0.50hrs |
| 11/17/15 | review Bolus objection to Foley Rule 2004 motion | JDK | 0.10hrs |
| 11/18/15 | emails from W. Schwab and H. Giacometti re: Carlucci / telephone call with W. Schwab / emails from and to W. Kelleher | JDK | 0.40hrs |
| 11/19/15 | emails from and to H. Giacometti re: discovery responses | JDK | 0.25hrs |
| 11/20/15 | review Bolus tax evasion plea | JDK | 0.10hrs |
| 11/20/15 | meeting with H. Giacometti and conference call with Kelleher, K. Mangan and H. Giacometti | JDK | 1.50hrs |
| 11/23/15 | emails from and to W. Schwab and W. Kelleher re: Bolus criminal issues | JDK | 0.25hrs |
| 11/24/15 | telephone call W. Schwab re: BP Captive | JDK | 0.25hrs |
| 11/25/15 | emails from W. Schwab and R. Farley re: B. Bolus affiliates / telephone call to J. Nimeroff | JDK | 0.50hrs |
| 11/25/15 | review M&T and Trustee Rule 2004 motions re: Bolus, Foley, Zurich, Graham, Innovative Captive and Golden Rule | JDK | 0.40hrs |
| 11/30/15 | email from D. Kistler / telephone call with W. Schwab re: Bolus deposition | JDK | 0.25hrs |
| 12/01/15 | telephone call with W. Schwab re: Kevin Page, equipment and auction issues | JDK | 0.40hrs |
| 12/02/15 | review grand jury presentment re: Bolus | JDK | 0.25hrs |

January 12, 2016
Bill Number: 344073
File Number: 16666 – 0004

Schwab, William G.

RE: Minuteman Spill Response, Inc.

Through January 8, 2016

| Date | Description | | |
|------|-------------|------|--------|
| 12/02/15 | review withdrawal of objection to Bolus Rule 2004 motion | JDK | 0.10hrs |
| 12/02/15 | emails from W. Schwab and A. Fiorenza re: Industrial Drive assets | JDK | 0.10hrs |
| 12/03/15 | telephone call with W. Schwab re: auction results and Bolus affiliate litigation | JDK | 0.60hrs |
| 12/03/15 | review Foley Rule 2004 order | JDK | 0.10hrs |
| 12/03/15 | emails from and to L. Doran re: Foley deposition | JDK | 0.10hrs |
| 12/07/15 | emails from and to W. Schwab / telephone call with K. Page | JDK | 0.25hrs |
| 12/08/15 | telephone call with W. Schwab, W. Kelleher and K. Page / emails to and from L. Doran re: Rule 2004 examination | JDK | 1.25hrs |
| 12/09/15 | emails to and from K. Aaron and counsel re: employee depositions | JDK | 0.30hrs |
| 12/09/15 | emails from D. Kistler and W. Schwab re: schedules | JDK | 0.25hrs |
| 12/09/15 | prepare for Kevin Page deposition | JDK | 2.25hrs |
| 12/09/15 | telephone call with W. Schwab re: schedules and statement of financial affairs | JDK | 0.25hrs |
| 12/09/15 | review Foley objection to M&T Rule 2004 motion | JDK | 0.10hrs |
| 12/10/15 | review MSR criminal discovery | JDK | 1.25hrs |
| 12/10/15 | email from W. Schwab and K. Bolus re: ER One | JDK | 0.10hrs |
| 12/11/15 | email from L. Doran re: Foley document production / letter to K. Page re: Rule 2004 exam | JDK | 0.25hrs |
| 12/11/15 | telephone call with W. Carlucci re: Bolus deposition | JDK | 0.25hrs |
| 12/11/15 | telephone call with W. Schwab and email from W. Kelleher re: EROne | JDK | 0.25hrs |
| 12/14/15 | emails from and to B. Bishop and W. Schwab re: Bolus deposition | JDK | 0.25hrs |
| 12/14/15 | emails from and to H. Giacometti and W. Kelleher re: Rule 2004 exams | JDK | 0.20hrs |
| 12/14/15 | review trustee's settlement motion re: turnover of funds | JDK | 0.10hrs |
| 12/15/15 | emails to and from L. Doran re: Foley | JDK | 0.10hrs |
| 12/15/15 | prepare Foley deposition examination | JDK | 1.75hrs |
| 12/16/15 | review orders granting Rule 2004 exams | JDK | 0.10hrs |

January 12, 2016<br>
Bill Number:   344073<br>
File Number:   16666 – 0004

Schwab, William G.

RE: Minuteman Spill Response, Inc.

Through January 8, 2016

| Date | Description | | Hours |
|---|---|---|---|
| 12/16/15 | email from and chambers re: 1/15 hearing date / telephone call with W. Schwab re: Bolus meeting | JDK | 0.25hrs |
| 12/17/15 | review order granting Bolus Rule 2004 motion / email to W. Carlucci | JDK | 0.25hrs |
| 12/17/15 | emails from and to W. Schwab re: Bolus meeting | JDK | 0.10hrs |
| 12/17/15 | telephone call with Carlucci re: Bolus meeting | JDK | 0.10hrs |
| 12/18/15 | emails from and to H. Giacometti, W. Schwab re: discovery | JDK | 0.30hrs |
| 12/21/15 | telephone call with K. Page re: deposition / emails from W. Carlucci and to W. Schwab and L. Doran | JDK | 0.75hrs |
| 12/22/15 | letter from L. Doran and review Foley document production and letter to R. Farley | JDK | 0.75hrs |
| 12/23/15 | emails from and to W. Carlucci, L. Doran and W. Schwab re: discovery | JDK | 0.30hrs |
| 12/23/15 | review Bolus document production | JDK | 0.60hrs |
| 12/23/15 | telephone call with W. Kelleher and emails from and to G. Schiller re: Page deposition | JDK | 0.25hrs |
| 12/28/15 | prepare for and attend Kevin Page deposition and meeting with W. Schwab | JDK | 7.50hrs |
| 12/29/15 | letters to G. Schiller re: Morian Industries | JDK | 0.25hrs |
| 12/29/15 | email to W. Schwab and H. Ward re: Page photos | JDK | 0.15hrs |
| 01/05/16 | telephone call with H. Ward and W. Schwab and emails to and from W. Schwab and W. Carlucci re: Bolus deposition | JDK | 1.00hrs |
| 01/06/16 | review Page deposition transcript and email to counsel | JDK | 0.75hrs |
| 01/07/16 | email from W. Schwab re: Fleetnet invoice | JDK | 0.10hrs |
| 01/07/16 | telephone call with W. Schwab re: plan issues | JDK | 0.25hrs |
| 01/08/16 | review plan and disclosure statement | JDK | 0.50hrs |
| 01/08/16 | telephone call with W. Schwab re: plan and hearing dates | JDK | 0.25hrs |

TOTAL FEES ........................................................................    $ 25,445.00

**LC - Litigation: Contested Matters and Adversary Proceedings**

| | | | |
|---|---|---|---|
| 10/13/15 | telephone call W. Schwab re: sale objections | JDK | 0.25hrs |

Case 4:14-bk-01825-JJT    Doc 1110-2    Filed 01/14/16    Entered 01/14/16 12:27:09<br>
Case 4:14-bk-01825-JJT    Doc 1205 Exhibit Filed Page 04/06/16 9 Entered 04/06/16 19:54:34<br>
Desc Exhibit A-E    Page 17 of 22

January 12, 2016

Bill Number: 344073
File Number: 16666 – 0004

Schwab, William G.

RE: Minuteman Spill Response, Inc.

Through January 8, 2016

| | |
|---|---|
| TOTAL FEES ............................................................... | $ 122.50 |

**MC - Meetings and Communications with Creditors**

| Date | Description | | Hours |
|---|---|---|---|
| 10/08/15 | emails from and to W. Schwab and J. Nimeroff and telephone call W. Schwab | JDK | 0.50hrs |
| 10/08/15 | emails from B. Bolus | JDK | 0.25hrs |
| 10/22/15 | telephone call with W. Schwab | JDK | 0.25hrs |
| | TOTAL FEES ............................................................... | | $ 490.00 |

# EXHIBIT E

PHIL1 5339466v.2

January 12, 2016
Bill Number:    344073
File Number:    16666 – 0004

Schwab, William G.

RE: Minuteman Spill Response, Inc.

Through January 8, 2016

## DISBURSEMENT SCHEDULE

| | |
|---|---:|
| Photocopying | $ 368.00 |
| Postage | 84.50 |
| Travel | 358.75 |
| Court Reporter Services | 51.00 |
| Meals | 34.66 |
| Pacer | 23.40 |
| TOTAL | $920.31 |

KLEHR | HARRISON | HARVEY | BRANZBURG | LLP
Disbursement Subsidiary Report
Period: 180001 to 209913    Date: 1/1/1800 to 12/31/2099

Report: DISB02
Req'd By: SKUHN070
Currency: USD

1/12/2016 8:55 AM
3:02 PM
Includes: Hard,Soft,Unbilled
Parameter Set: FEE/APP

| Tran Date | Code | Description | Inv/Chk Req # | Disb ID | Reference | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **BL_Cost_Code: 02** | | | | | | | | | | |
| Client: 16666 Schwab, William G. | | | | | | | | | | |
| Matter: 0004 Minuteman Spill Response, Inc. | | | | | | | | | | |
| 8/19/2015 | 02 | Photocopying | | 1968877 | | 344073 | 1/12/2016 | $9.25 | $9.25 | $9.25 |
| 10/8/2015 | 02 | Photocopying | | 1978109 | | 344073 | 1/12/2016 | $176.75 | $176.75 | $176.75 |
| 10/8/2015 | 02 | Photocopying | | 1978110 | | 344073 | 1/12/2016 | $168.00 | $168.00 | $168.00 |
| 11/16/2015 | 02 | Photocopying | | 1983277 | | 344073 | 1/12/2016 | $3.50 | $3.50 | $3.50 |
| 11/16/2015 | 02 | Photocopying | | 1983278 | | 344073 | 1/12/2016 | $10.50 | $10.50 | $10.50 |
| Matter Total: | 0004 | | | | | | | $368.00 | $368.00 | $368.00 |
| Client Total: | 16666 | | | | | | | $368.00 | $368.00 | $368.00 |
| **BL_Cost_Code: 03** | | | | | | | | | | |
| Client: 16666 Schwab, William G. | | | | | | | | | | |
| Matter: 0004 Minuteman Spill Response, Inc. | | | | | | | | | | |
| 10/8/2015 | 03 | Postage | | 1977330 | | 344073 | 1/12/2016 | $83.30 | $83.30 | $83.30 |
| 12/23/2015 | 03 | Postage | | 1967623 | | 344073 | 1/12/2016 | $1.20 | $1.20 | $1.20 |
| Matter Total: | 0004 | | | | | | | $84.50 | $84.50 | $84.50 |
| Client Total: | 16666 | | | | | | | $84.50 | $84.50 | $84.50 |
| **BL_Cost_Code: 08** | | | | | | | | | | |
| Client: 16666 Schwab, William G. | | | | | | | | | | |
| Matter: 0004 Minuteman Spill Response, Inc. | | | | | | | | | | |
| 8/31/2015 | 08 | Travel | 16666-0004-8/31/2015 | 1969087 | | 344073 | 1/12/2016 | $20.20 | $20.20 | $20.20 |
| 12/28/2015 | 08 | Travel | 12/28/2015 | 1986944 | | 344073 | 1/12/2016 | $338.55 | $338.55 | $338.55 |
| Matter Total: | 0004 | | | | | | | $358.75 | $358.75 | $358.75 |
| Client Total: | 16666 | | | | | | | $358.75 | $358.75 | $358.75 |
| **BL_Cost_Code: 11** | | | | | | | | | | |
| Client: 16666 Schwab, William G. | | | | | | | | | | |
| Matter: 0004 Minuteman Spill Response, Inc. | | | | | | | | | | |
| 10/23/2015 | 11 | Court Reporter Services | 10/23/2015 | 1977633 | | 344073 | 1/12/2016 | $51.00 | $51.00 | $51.00 |
| Matter Total: | 0004 | | | | | | | $51.00 | $51.00 | $51.00 |
| Client Total: | 16666 | | | | | | | $51.00 | $51.00 | $51.00 |
| **BL_Cost_Code: 22** | | | | | | | | | | |

1/12/2016
3:02 PM

KLEHR | HARRISON | HARVEY | BRANZBURG LLP
Disbursement Subsidiary Report
Period: 180001 to 209913    Date: 1/1/1800 to 12/31/2099

Report: DISB02
Req'd By: SKUHN070
Currency: USD

Includes: Hard,Soft,Unbilled
Parameter Set: FEEAPP

| Tran Date | Code | Description | Inv/Chk Req # | Disb ID | Reference | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Client: 16666 Schwab, William G. | | | | | | | | | | |
| Matter: 0004 Minuteman Spill Response, Inc. | | | | | | | | | | |
| 12/28/2015 | 22 | Meals | 12/28/2015 | 1986943 | | 344073 | 1/12/2016 | $34.66 | $34.66 | $34.66 |
| Matter Total: | 0004 | | | | | | | $34.66 | $34.66 | $34.66 |
| Client Total: | 16666 | | | | | | | $34.66 | $34.66 | $34.66 |
| BL_Cost_Code: 23 | | | | | | | | | | |
| Client: 16666 Schwab, William G. | | | | | | | | | | |
| Matter: 0004 Minuteman Spill Response, Inc. | | | | | | | | | | |
| 9/30/2015 | 23 | Pacer | | 1978605 | | 344073 | 1/12/2016 | $16.10 | $16.10 | $16.10 |
| 9/30/2015 | 23 | Pacer | | 1978670 | | 344073 | 1/12/2016 | $7.30 | $7.30 | $7.30 |
| Matter Total: | 0004 | | | | | | | $23.40 | $23.40 | $23.40 |
| Client Total: | 16666 | | | | | | | $23.40 | $23.40 | $23.40 |
| Report Total: | | | | | | | | $920.31 | $920.31 | $920.31 |

Start Time: 3:01 PM
End Time: 3:02 PM

Page: 2